UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00984
VANESSA ANN JONES
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-5481

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 01/19/07 and confirmed on 03/23/07.

   2.   The case was dismissed after confirmation, 05/30/2008.

   3.   The Debtor paid a total of $  20200.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENLAR | CURRENT MORTG | 13098.96 | .00 | 13098.96 |
| CENLAR | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 2509.72 | .00 | 2509.72 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 822.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 350.00 | 24.82 | 176.73 |
| BEST BUY BENEFICIAL | SECURED | 30.00 | .00 | 30.00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 4765.92 | .00 | .00 |
| HSBC | SECURED | 500.00 | 29.40 | 177.62 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 1200.00 | 85.00 | 900.34 |
| THE AUTO WAREHOUSE | SECURED VEHIC | .00 | .00 | .00 |
| PIERS II CONDO ASSOC | SECURED | 1000.00 | .00 | 260.71 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 928.08 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 867.00 | .00 | .00 |
| B REAL LLC | UNSECURED | 5848.39 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DOWNERS GROVE FAMILY PRA | UNSECURED | 85.00 | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CU | UNSECURED | 1946.48 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 487.13 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMERGE MASTERCARD | UNSECURED | 343.99 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3109.21 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 822.77 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 408.58 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

```
WOMENS WORKOUT WORLD        UNSECURED      NOT FILED                .00            .00
LIGHTHOUSE FINANCIAL GRO    UNSECURED        112.87                 .00            .00
AMERICAN GENERAL FINANCE    UNSECURED       1850.03                 .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED       2251.47                 .00            .00
ROUNDUP FUNDING LLC         UNSECURED        724.68                 .00            .00
JAMES & HATTIE MABE         NOTICE ONLY        .00                  .00            .00
          Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   19510.68         .00     24551.60          .00      44062.28
PRINCIPAL PAID       17154.08         .00          .00          .00      17154.08
INTEREST PAID          139.22         .00          .00          .00        139.22
TOTAL PAID           17293.30         .00          .00          .00      17293.30
```

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $    3000.00
and was paid $     975.00  direct and $    2025.00  through the plan.

The Trustee received $     881.70 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
     Dated: 08/20/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```